[No. 10950-6-II.  Division Two.  January 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. REX ALBERT RUMER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85-1-00579-1, Thomas L. Lodge, J., entered March 26, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 11188-8-II.  Division Two.  January 24, 1989.]

KALETA BLOUGH, *Respondent,* v. AMERICAN SAVINGS BANK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-01693-4, Donald H. Thompson, J., entered June 17, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

[No. 18550-1-I.  Division One.  January 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAUDE NOEL WIRKUS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-04153-1, Jim Bates, J., entered May 1, 1986. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson and Pekelis, JJ.